|  |  |
|---|---|
| CHECK NO. | A98988 |
| CHECK DATE: | 10/13/2005 |
| PERIOD ENDING: | 10/4/2005 |
| PAY FREQUENCY: | BI-WEEKLY |

ARTHUR, MICHAEL J
1850 SPEARS DRIVE
MANY, LA 71449

ID NUMBER: 0700121973
BASE RATE: 19.00
SSN: 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

STATUS FED: SINGLE
ST1:
ST2:

EXEMPT
0
1

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:

ST:

STATE AND LOCAL CODES
PRI: LA   LOC1:   LOC3:
SEC:        LOC2:   LOC4:
                          LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| AST DRL-ST TM | 77.00 | 1,463.00 | 549.00 | 10,485.00 |
| PER DIEM | 0.00 | 250.00 | 0.00 | 3,795.00 |
| AST DRL-OVRTM | 51.00 | 1,453.50 | 476.00 | 13,514.25 |
| DERICKS-ST TM | 0.00 | 0.00 | 457.00 | 7,121.75 |
| DERICKS-ST TM | 0.00 | 0.00 | 41.00 | 658.00 |
| MIN WAGE-TRNG | 0.00 | 0.00 | 47.00 | 242.05 |
| HOLIDAY | 0.00 | 0.00 | 12.00 | 163.00 |
| DERICKS-OVRTM | 0.00 | 0.00 | 465.00 | 10,635.91 |
| DERICKS-OVRTM | 0.00 | 0.00 | 45.00 | 1,080.00 |
| TOTAL H/E | 129.00 | 3,166.50 | 2,102.00 | 47,713.96 |

PRE-TAX ITEMS

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 180.83 | 2,722.96 |
| MEDICARE TAX | 42.29 | 636.82 |
| FED INC TAX | 585.95 | 7,832.69 |
| PRI-STATE TAX | 116.89 | 1,622.88 |
| TOTAL TAXES | 925.95 | 12,815.35 |

AFTER-TAX DEDUCTIONS

| MISC/PERDIEM/OBPAY | -250.00 | -3,795.00 |

### SPECIAL INFORMATION

YTD MATCH
401K LOAN PAID TODATE
YTD GRP TERMLIFE

CURRENT NET PAY DISTRIBUTION

C  000295450    2,240.55

|  | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| TOTAL |  | 2,918.50 |  | 43,918.96 | TOTAL PER DED | -250.00 | -3,795.00 |
| CURRENT | 2,918.50 | 0.00 | 2,918.50 | 925.95 | -250.00 | 2,240.55 |
| Y-T-D | 43,918.96 | 0.00 | 43,918.96 | 12,815.35 | -3,795.00 | 34,898.61 |

TOTAL CURRENT NET PAY    2,240.55

|  |  |
|---|---|
|  | CHECK NO.       A100541 |
|  | CHECK DATE:     10/27/2005 |
|  | PERIOD ENDING:  10/18/2005 |
|  | PAY FREQUENCY:  BI-WEEKLY |

ARTHUR, MICHAEL J  
1850 SPEARS DRIVE  
MANY, LA 71449

ID NUMBER: 0700121973   FED: SINGLE   EXEMPT: 0 / 1  
BASE RATE: 19.00   ST1:  
SSN: 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   ST2:

TAX ADJUSTMENTS  
FED:  
DI/UC:  
LOCAL:  
ST:

STATE AND LOCAL CODES  
PRI: LA   LOC1:   LOC3:  
SEC:      LOC2:   LOC4:  
                         LOC5:

### IMPORTANT MESSAGE
2006 BENEFIT OPEN ENROLLMENT NOV. 1-15TH. IF YOU HAVE NOT RECIEVED YOUR BENEFIT PACKET PLEASE CALL

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| AST DRL-ST TM | 40.00 | 760.00 | 589.00 | 11,245.00 |
| PER DIEM | 0.00 | 175.00 | 0.00 | 3,970.00 |
| AST DRL-OVRTM | 51.00 | 1,453.50 | 527.00 | 14,967.75 |
| DERICKS-ST TM | 0.00 | 0.00 | 467.00 | 7,121.75 |
| DERICKS-ST TM | 0.00 | 0.00 | 41.00 | 658.00 |
| MIN WAGE-TRNG | 0.00 | 0.00 | 47.00 | 242.05 |
| HOLIDAY | 0.00 | 0.00 | 12.00 | 183.00 |
| DERICKS-OVRTM | 0.00 | 0.00 | 465.00 | 10,636.91 |
| DERICKS-OVRTM | 0.00 | 0.00 | 45.00 | 1,080.00 |
| TOTAL H/E | 91.00 | 2,388.50 | 2,193.00 | 50,102.46 |

PRE-TAX ITEMS

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 137.23 | 2,860.21 |
| MEDICARE TAX | 32.10 | 668.92 |
| FED INC TAX | 403.18 | 8,235.87 |
| PRI-STATE TAX | 93.14 | 1,706.00 |
| TOTAL TAXES | 655.65 | 13,471.00 |

AFTER-TAX DEDUCTIONS

| MISC/PERDIEM/OBPAY | -175.00 | -3,970.00 |

### SPECIAL INFORMATION
YTD MATCH  
401K LOAN PAID TODATE  
YTD GRP TERMLIFE

### CURRENT NET PAY DISTRIBUTION
C  000295450     1,732.85

| TOTAL |  | 2,213.50 |  | 46,132.46 | TOTAL PER DED | -175.00 | -3,970.00 |
|---|---|---|---|---|---|---|---|
|  | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |  |
| CURRENT | 2,213.50 | 0.00 | 2,213.50 | 655.65 | -175.00 | 1,732.85 |  |
| Y-T-D | 46,132.46 | 0.00 | 46,132.46 | 13,471.00 | -3,970.00 | 36,631.46 |  |

TOTAL CURRENT NET PAY     1,732.85

| | | |
|---|---|---|
| | CHECK NO. | A102113 |
| | CHECK DATE: | 11/10/2005 |
| | PERIOD ENDING: | 11/1/2005 |
| | PAY FREQUENCY: | BI-WEEKLY |

ARTHUR, MICHAEL J
1850 SPEARS DRIVE
MANY, LA 71449

ID NUMBER: 0700121973  FED: SINGLE  STATUS: SINGLE  EXEMPT: 0  TAX ADJUSTMENTS FED:  ST:
BASE RATE: 19.00  ST1:  1  DI/UC:
SSN: 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  ST2:  LOCAL:

STATE AND LOCAL CODES
PRI: LA   LOC1:   LOC3:
SEC:      LOC2:   LOC4:
                  LOC5:

**IMPORTANT MESSAGE**

2006 BENEFIT OPEN ENROLLMENT NOV. 1-15TH. IF YOU HAVE NOT RECIEVED YOUR BENEFIT PACKET PLEASE CALL

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| PER DIEM | 0.00 | 175.00 | 0.00 | 4,145.00 |
| AST DRL-OVRTM | 46.00 | 1,311.00 | 573.00 | 16,279.75 |
| AST DRL-ST TM | 40.00 | 760.00 | 629.00 | 12,005.00 |
| DERICKS-ST TM | 0.00 | 0.00 | 467.00 | 7,121.75 |
| DERICKS-ST TM | 0.00 | 0.00 | 41.00 | 656.00 |
| MIN WAGE-TRNG | 0.00 | 0.00 | 47.00 | 242.05 |
| HOLIDAY | 0.00 | 0.00 | 12.00 | 183.00 |
| DERICKS-OVRTM | 0.00 | 0.00 | 465.00 | 10,636.91 |
| DERICKS-OVRTM | 0.00 | 0.00 | 45.00 | 1,080.00 |
| TOTAL H/E | 86.00 | 2,246.00 | 2,279.00 | 52,348.46 |

PRE-TAX ITEMS

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 128.40 | 2,986.61 |
| MEDICARE TAX | 30.03 | 698.95 |
| FED INC TAX | 367.56 | 8,603.43 |
| PRI-STATE TAX | 76.30 | 1,782.30 |
| TOTAL TAXES | 602.29 | 14,073.29 |

### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| MISC/PERDIEM/OBPAY | -175.00 | -4,145.00 |

## SPECIAL INFORMATION

YTD MATCH
401K LOAN PAID TODATE
YTD GRP TERMLIFE

**CURRENT NET PAY DISTRIBUTION**

000295450     1,643.71

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| TOTAL | 2,071.00 | | 48,203.46 | TOTAL PER DED | -175.00 | -4,145.00 |
| CURRENT | 2,071.00 | 0.00 | 2,071.00 | 602.29 | -175.00 | 1,643.71 |
| Y-T-D | 48,203.46 | 0.00 | 48,203.46 | 14,073.29 | -4,145.00 | 38,275.17 |

TOTAL CURRENT NET PAY     1,643.71

|  |  |  |  |
|---|---|---|---|
|  |  | CHECK NO. | A103686 |
|  |  | CHECK DATE: | 11/23/2005 |
|  |  | PERIOD ENDING: | 11/15/2005 |
|  |  | PAY FREQUENCY: | BI-WEEKLY |

ARTHUR, MICHAEL J
1850 SPEARS DRIVE
MANY, LA 71449

ID NUMBER: 0700121973  FED: SINGLE
BASE RATE: 19.00  ST1:
SSN: 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  ST2:

STATUS: SINGLE  EXEMPT: 0
TAX ADJUSTMENTS
FED:
DI/UC: 1
LOCAL:
ST:

STATE AND LOCAL CODES
PRI: LA   LOC1:   LOC3:
SEC:       LOC2:   LOC4:
                   LOC5:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS | HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| AST DRL-OVRTM | 45.00 | 1,282.50 | 618.00 | 17,581.25 |
| AST DRL-ST TM | 40.00 | 760.00 | 689.00 | 12,765.00 |
| PER DIEM | 0.00 | 175.00 | 0.00 | 4,320.00 |
| DERICKS-ST TM | 0.00 | 0.00 | 467.00 | 7,121.75 |
| DERICKS-ST TM | 0.00 | 0.00 | 41.00 | 656.00 |
| MIN WAGE-TRNG | 0.00 | 0.00 | 47.00 | 242.05 |
| HOLIDAY | 0.00 | 0.00 | 12.00 | 183.00 |
| DERICKS-OVRTM | 0.00 | 0.00 | 485.00 | 10,636.91 |
| DERICKS-OVRTM | 0.00 | 0.00 | 45.00 | 1,080.00 |
| TOTAL H/E | 85.00 | 2,217.50 | 2,364.00 | 54,565.96 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 126.64 | 3,115.25 |
| MEDICARE TAX | 29.62 | 728.57 |
| FED INC TAX | 360.43 | 8,963.86 |
| PRI-STATE TAX | 74.83 | 1,857.23 |
| TOTAL TAXES | 591.62 | 14,664.91 |

#### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| MISC/PERDIEM/OBPAY | -175.00 | -4,320.00 |

### SPECIAL INFORMATION

YTD MATCH
401K LOAN PAID TODATE
YTD GRP TERMLIFE

### PRE-TAX ITEMS

### CURRENT NET PAY DISTRIBUTION

C  000285450          1,625.88

| TOTAL |  | 2,042.50 |  | 50,245.96 | TOTAL PER DED | -175.00 | -4,320.00 |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |  |
| CURRENT | 2,042.50 | 0.00 | 2,042.50 | 591.62 | -175.00 | 1,625.88 |  |
| Y-T-D | 50,245.96 | 0.00 | 50,245.96 | 14,664.91 | -4,320.00 | 39,901.05 | TOTAL CURRENT NET PAY | 1,625.88 |

| | | |
|---|---|---|
| | CHECK NO. | A105306 |
| | CHECK DATE: | 12/6/2005 |
| | PERIOD ENDING: | 11/29/2005 |
| | PAY FREQUENCY: | BI-WEEKLY |

ARTHUR, MICHAEL J
1850 SPEARS DRIVE
MANY, LA 71449

ID NUMBER: 0700121973  FED: SINGLE
BASE RATE: 19.00  ST1:
SSN: 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  ST2:

STATUS: SINGLE  EXEMPT FED: 0  DI/UC: 1  LOCAL:
TAX ADJUSTMENTS  FED:  ST:

STATE AND LOCAL CODES
PRI: LA  LOC1:  LOC3:
SEC:  LOC2:  LOC4:
 LOC5:

### IMPORTANT MESSAGE

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| PER DIEM | 0.00 | 175.00 | 0.00 | 4,495.00 |
| AST DRL-OVRTM | 45.00 | 1,282.50 | 663.00 | 18,643.75 |
| AST DRL-ST TM | 40.00 | 760.00 | 709.00 | 13,525.00 |
| MIN WAGE-TRNG | 8.00 | 152.00 | 55.00 | 294.05 |
| DERICKS-ST TM | 0.00 | 0.00 | 467.00 | 7,121.75 |
| DERICKS-ST TM | 0.00 | 0.00 | 41.00 | 658.00 |
| HOLIDAY | 0.00 | 0.00 | 12.00 | 183.00 |
| DERICKS-OVRTM | 0.00 | 0.00 | 465.00 | 10,636.91 |
| DERICKS-OVRTM | 0.00 | 0.00 | 45.00 | 1,080.00 |
| TOTAL H/E | 93.00 | 2,369.50 | 2,457.00 | 56,935.46 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 136.08 | 3,251.31 |
| MEDICARE TAX | 31.82 | 760.39 |
| FED INC TAX | 398.43 | 9,362.29 |
| PRI-STATE TAX | 82.23 | 1,939.46 |
| TOTAL TAXES | 648.54 | 15,313.45 |

### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| MISC/PERDIEM/OBPAY | -175.00 | -4,495.00 |

### PRE-TAX ITEMS

## SPECIAL INFORMATION

YTD MATCH
401K LOAN PAID TODATE
YTD GRP TERMLIFE

### CURRENT NET PAY DISTRIBUTION

C  000295450    1,720.96

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL | 2,194.50 | | 52,440.46 | TOTAL PER DED | -175.00 | -4,495.00 | | |
| CURRENT | 2,194.50 | 0.00 | 2,194.50 | 648.54 | -175.00 | 1,720.96 | | |
| Y-T-D | 52,440.46 | 0.00 | 52,440.46 | 15,313.45 | -4,495.00 | 41,622.01 | TOTAL CURRENT NET PAY | 1,720.96 |

|  |  |
|---|---|
| CHECK NO. | 000101491 |
| CHECK DATE: | 12/22/2005 |
| PERIOD ENDING: | 12/13/2005 |
| PAY FREQUENCY: | BI-WEEKLY |

ARTHUR, MICHAEL J
1850 SPEARS DRIVE
MANY, LA 71449

ID NUMBER: 0700121973
BASE RATE: 19.00
SSN: 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

STATUS: SINGLE
ST1:
ST2:

EXEMPT: 0
1

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:

ST:

STATE AND LOCAL CODES
PRI: LA    LOC1:   LOC3:
SEC:       LOC2:   LOC4:
                   LOC5:

IMPORTANT MESSAGE

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| AST DRL-OVRTM | 44.00 | 1,254.00 | 707.00 | 20,097.75 |
| AST DRL-ST TM | 40.00 | 760.00 | 749.00 | 14,285.00 |
| PER DIEM | 0.00 | 175.00 | 0.00 | 4,670.00 |
| DERICKS-ST TM | 0.00 | 0.00 | 467.00 | 7,121.75 |
| DERICKS-ST TM | 0.00 | 0.00 | 41.00 | 656.00 |
| MIN WAGE-TRNG | 0.00 | 0.00 | 55.00 | 394.05 |
| HOLIDAY | 0.00 | 0.00 | 12.00 | 183.00 |
| DERICKS-OVRTM | 0.00 | 0.00 | 465.00 | 10,638.91 |
| DERICKS-OVRTM | 0.00 | 0.00 | 45.00 | 1,080.00 |
| TOTAL H/E | 84.00 | 2,189.00 | 2,541.00 | 59,124.46 |

### PRE-TAX ITEMS

| TOTAL |  | 2,014.00 |  | 54,454.46 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 124.87 | 3,376.18 |
| MEDICARE TAX | 29.20 | 789.59 |
| FED INC TAX | 353.31 | 9,715.60 |
| PRI-STATE TAX | 73.57 | 2,013.03 |
| TOTAL TAXES | 580.95 | 15,894.40 |

### AFTER-TAX DEDUCTIONS

| MISC/PERDIEM/OBPAY | -175.00 | -4,670.00 |
| TOTAL PER DED | -175.00 | -4,670.00 |

## SPECIAL INFORMATION

YTD MATCH
401K LOAN PAID TODATE
YTD GRP TERMLIFE

### CURRENT NET PAY DISTRIBUTION

| C 012016758 | 0.00 |
| CHECK AMOUNT | 1,608.05 |

|  | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2,014.00 | 0.00 | 2,014.00 | 580.95 | -175.00 | 1,608.05 |
| Y-T-D | 54,454.46 | 0.00 | 54,454.46 | 15,894.40 | -4,670.00 | 43,230.06 |

TOTAL CURRENT NET PAY   1,608.05

|  |  |
|---|---|
| CHECK NO. | A108607 |
| CHECK DATE: | 1/5/2006 |
| PERIOD ENDING: | 12/27/2005 |
| PAY FREQUENCY: | BI-WEEKLY |

ARTHUR, MICHAEL J
1850 SPEARS DRIVE
MANY, LA 71449

ID NUMBER: 0700121973
BASE RATE: 19.00
SSN: 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

STATUS: SINGLE
ST1:
ST2:

EXEMPT
0
1

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:

ST:

STATE AND LOCAL CODES
PRI: LA   LOC1:   LOC3:
SEC:       LOC2:   LOC4:
                   LOC5:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| AST DRL-OVRTM | 51.00 | 1,453.50 | 51.00 | 1,453.50 |
| AST DRL-ST TM | 40.00 | 760.00 | 40.00 | 760.00 |
| HOLIDAY | 12.00 | 228.00 | 12.00 | 228.00 |
| PER DIEM | 0.00 | 175.00 | 0.00 | 175.00 |
| TOTAL H/E | 103.00 | 2,616.50 | 103.00 | 2,616.50 |

#### PRE-TAX ITEMS

| | | |
|---|---|---|
| MED OPT A | -50.00 | -50.00 |
| VISION | -5.18 | -5.18 |
| TOTAL PRE-TAX | -55.18 | -55.18 |
| TOTAL | 2,366.32 | 2,366.32 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 147.95 | 147.95 |
| MEDICARE TAX | 34.60 | 34.60 |
| FED INC TAX | 443.16 | 443.16 |
| PRI-STATE TAX | 91.44 | 91.44 |
| TOTAL TAXES | 717.15 | 717.15 |

#### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| EE SUPP LIFE | 4.38 | 4.38 |
| ADD SUPP EE | 2.50 | 2.50 |
| MISC/PERDIEM/OBPAY | -175.00 | -175.00 |
| TOTAL PER DED | -168.12 | -168.12 |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2,441.50 | -55.18 | 2,386.32 | 717.15 | -223.30 | 1,837.29 |
| Y-T-D | 2,441.50 | -55.18 | 2,386.32 | 717.15 | -223.30 | 1,837.29 |

### SPECIAL INFORMATION

YTD MATCH
401K LOAN PAID TODATE
YTD GRP TERMLIFE

#### CURRENT NET PAY DISTRIBUTION

C  012015759       1,837.29

TOTAL CURRENT NET PAY    1,837.29

|  |  |
|---|---|
| CHECK NO. | A110241 |
| CHECK DATE: | 1/19/2006 |
| PERIOD ENDING: | 1/10/2006 |
| PAY FREQUENCY: | BI-WEEKLY |

ARTHUR, MICHAEL J
1850 SPEARS DRIVE
MANY, LA 71449

ID NUMBER: 0700121973
BASE RATE: 19.00
SSN: 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

STATUS: SINGLE
ST1:
ST2:

EXEMPT
FED: 0
 1

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:

ST:

STATE AND LOCAL CODES
PRI: LA  LOC1:  LOC3:
SEC:      LOC2:  LOC4:
                LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| AST DRL-OVRTM | 45.00 | 1,282.50 | 96.00 | 2,736.00 |
| PER DIEM | 0.00 | 200.00 | 0.00 | 375.00 |
| AST DRL-ST TM | 52.00 | 988.00 | 92.00 | 1,748.00 |
| HOLIDAY | 0.00 | 0.00 | 12.00 | 228.00 |
| TOTAL H/E | 97.00 | 2,470.50 | 200.00 | 5,087.00 |

#### PRE-TAX ITEMS

| | | | |
|---|---|---|---|
| MED OPT A | | -50.00 | -100.00 |
| VISION | | -5.18 | -10.36 |
| TOTAL PRE-TAX | | -55.18 | -110.36 |
| TOTAL | | 2,215.32 | 4,601.64 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 137.35 | 285.30 |
| MEDICARE TAX | 32.12 | 66.72 |
| FED INC TAX | 400.41 | 843.57 |
| PRI-STATE TAX | 83.23 | 174.67 |
| TOTAL TAXES | 653.11 | 1,370.26 |

#### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| EE SUPP LIFE | 4.38 | 8.76 |
| ADD SUPP EE | 2.50 | 5.00 |
| MISC/PERDIEM/OBPAY | -200.00 | -375.00 |
| TOTAL PER DED | -193.12 | -361.24 |

### SPECIAL INFORMATION

YTD MATCH
401K LOAN PAID TODATE
YTD GRP TERMLIFE

#### CURRENT NET PAY DISTRIBUTION

C  012018759     1,755.33

TOTAL CURRENT NET PAY    1,755.33

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2,270.50 | -55.18 | 2,215.32 | 653.11 | -248.30 | 1,755.33 |
| Y-T-D | 4,712.00 | -110.36 | 4,601.64 | 1,370.26 | -471.60 | 3,592.62 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | CHECK NO. | A111913 |  |
|  |  | CHECK DATE: | 2/2/2006 |  |
|  |  | PERIOD ENDING: | 1/24/2006 |  |
|  |  | PAY FREQUENCY: | BI-WEEKLY |  |

ARTHUR, MICHAEL J
1850 SPEARS DRIVE
MANY, LA 71449

ID NUMBER: 0700121973  FED: SINGLE  STATUS  EXEMPT: 0  TAX ADJUSTMENTS FED:  ST:
BASE RATE: 19.00  ST1:  DI/UC:
SSN: 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  ST2:  LOCAL:

STATE AND LOCAL CODES
PRI: LA  LOC1:  LOC3:
SEC:  LOC2:  LOC4:
                LOC5:

**IMPORTANT MESSAGE**

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| AST DRL-ST TM | 40.00 | 760.00 | 132.00 | 2,508.00 |
| PER DIEM | 0.00 | 162.50 | 0.00 | 537.50 |
| AST DRL-OVRTM | 39.00 | 1,111.50 | 135.00 | 3,847.50 |
| HOLIDAY | 0.00 | 0.00 | 12.00 | 228.00 |
| TOTAL H/E | 79.00 | 2,034.00 | 279.00 | 7,121.00 |

### PRE-TAX ITEMS

| | | | |
|---|---|---|---|
| MED OPT A | | -50.00 | -150.00 |
| VISION | | -5.18 | -15.54 |
| TOTAL PRE-TAX | | -55.18 | -165.54 |
| TOTAL | | 1,816.32 | 6,417.96 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 112.61 | 397.91 |
| MEDICARE TAX | 26.34 | 93.06 |
| FED INC TAX | 300.66 | 1,144.23 |
| PRI-STATE TAX | 64.08 | 238.75 |
| TOTAL TAXES | 503.69 | 1,873.95 |

### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| EE SUPP LIFE | 4.38 | 13.14 |
| ADD SUPP EE | 2.50 | 7.50 |
| MISC/PERDIEM/OBPAY | -162.50 | -537.50 |
| TOTAL PER DED | -155.62 | -516.86 |

## SPECIAL INFORMATION

YTD MATCH
401K LOAN PAID TODATE
YTD GRP TERMLIFE

### CURRENT NET PAY DISTRIBUTION

C  012018759    1,468.25

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,871.50 | -55.18 | 1,816.32 | 503.69 | -210.80 | 1,468.25 |
| Y-T-D | 6,583.50 | -165.54 | 6,417.96 | 1,873.95 | -582.40 | 5,060.87 |

TOTAL CURRENT NET PAY    1,468.25

|  |  |
|---|---|
|  | CHECK NO.     A113594<br>CHECK DATE:   2/16/2006<br>PERIOD ENDING: 2/7/2006<br>PAY FREQUENCY: BI-WEEKLY |

ARTHUR, MICHAEL J  
1950 SPEARS DRIVE  
MANY, LA 71449  

ID NUMBER: 0700121973  FED: SINGLE  
BASE RATE: 19.00  ST1:  
SSN: 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  ST2:  

STATUS: SINGLE  EXEMPT: 0 / 1  
TAX ADJUSTMENTS  
FED:  
DI/UC:  
LOCAL:  

STATE AND LOCAL CODES  
PRI: LA   LOC1:   LOC3:  
SEC:      LOC2:   LOC4:  
                          LOC5:  

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| AST DRL-OVRTM | 50.00 | 1,425.00 | 185.00 | 5,272.50 |
| PER DIEM | 0.00 | 175.00 | 0.00 | 712.50 |
| AST DRL-ST TM | 40.00 | 760.00 | 172.00 | 3,268.00 |
| HOLIDAY | 0.00 | 0.00 | 12.00 | 228.00 |
| TOTAL H/E | 90.00 | 2,360.00 | 369.00 | 9,481.00 |

#### PRE-TAX ITEMS

| MED OPT A |  | -50.00 |  | -200.00 |
|---|---|---|---|---|
| VISION |  | -5.18 |  | -20.72 |
| TOTAL PRE-TAX |  | -55.18 |  | -220.72 |
| TOTAL |  | 2,129.82 |  | 8,547.78 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 132.05 | 529.96 |
| MEDICARE TAX | 30.88 | 123.94 |
| FED INC TAX | 379.03 | 1,523.26 |
| PRI-STATE TAX | 79.13 | 317.89 |
| TOTAL TAXES | 621.09 | 2,495.04 |

#### AFTER-TAX DEDUCTIONS

| EE SUPP LIFE | 4.38 | 17.52 |
|---|---|---|
| ADD SUPP EE | 2.50 | 10.00 |
| MISC/PERDIEM/OBPAY | -175.00 | -712.50 |
| TOTAL PER DED | -168.12 | -684.98 |

### SPECIAL INFORMATION

YTD MATCH  
401K LOAN PAID TODATE  
YTD GRP TERMLIFE  

**CURRENT NET PAY DISTRIBUTION**

C 012018759    1,676.85

---

|  | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2,185.00 | -55.18 | 2,129.82 | 621.09 | -223.30 | 1,676.85 |
| Y-T-D | 8,768.50 | -220.72 | 8,547.78 | 2,495.04 | -905.70 | 6,737.72 |

TOTAL CURRENT NET PAY    1,676.85

| | | | | CHECK NO. | A115326 |
|---|---|---|---|---|---|
| | | | | CHECK DATE: | 3/2/2006 |
| | | | | PERIOD ENDING: | 2/21/2006 |
| | | | | PAY FREQUENCY: | BI-WEEKLY |

ARTHUR, MICHAEL J  
1850 SPEARS DRIVE  
MANY, LA 71449  

ID NUMBER: 0700121973  FED: SINGLE  
BASE RATE: 19.00  ST1:  
SSN: 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  ST2:  

STATUS: SINGLE  EXEMPT: 0 / 1  
TAX ADJUSTMENTS  FED:   DI/UC:   LOCAL:   ST:  

STATE AND LOCAL CODES  
PRI: LA  LOC1:  LOC3:  
SEC:  LOC2:  LOC4:  
 LOC5:  

### IMPORTANT MESSAGE

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| TRAINING | 8.00 | 152.00 | 8.00 | 152.00 |
| AST DRL-ST TM | 40.00 | 760.00 | 212.00 | 4,028.00 |
| AST DRL-OVRTM | 61.00 | 1,738.50 | 246.00 | 7,011.00 |
| PER DIEM | 0.00 | 175.00 | 0.00 | 887.50 |
| HOLIDAY | 0.00 | 0.00 | 12.00 | 228.00 |
| TOTAL H/E | 109.00 | 2,825.50 | 478.00 | 12,306.50 |

### PRE-TAX ITEMS

| | | | |
|---|---|---|---|
| MED OPT A | | -50.00 | -250.00 |
| VISION | | -5.18 | -25.90 |
| TOTAL PRE-TAX | | -55.18 | -275.90 |
| TOTAL | | 2,595.32 | 11,143.10 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 160.91 | 690.87 |
| MEDICARE TAX | 37.63 | 161.57 |
| FED INC TAX | 495.41 | 2,018.67 |
| PRI-STATE TAX | 101.47 | 419.35 |
| TOTAL TAXES | 795.42 | 3,290.46 |

### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| EE SUPP LIFE | 4.38 | 21.90 |
| ADD SUPP EE | 2.50 | 12.50 |
| MISC/PERDIEM/OBPAY | -175.00 | -887.50 |
| TOTAL PER DED | -168.12 | -853.10 |

## SPECIAL INFORMATION

YTD MATCH  
401K LOAN PAID TODATE  
YTD GRP TERMLIFE  

### CURRENT NET PAY DISTRIBUTION

| C 012018759 | 1,968.02 |
|---|---|

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2,650.50 | -55.18 | 2,595.32 | 795.42 | -223.30 | 1,968.02 |
| Y-T-D | 11,419.00 | -275.90 | 11,143.10 | 3,290.46 | -1,129.00 | 8,705.74 |

TOTAL CURRENT NET PAY  1,968.02

|  |  |
|---|---|
|  | CHECK NO.: A116895 |
|  | CHECK DATE: 3/18/2006 |
|  | PERIOD ENDING: 3/7/2006 |
|  | PAY FREQUENCY: BI-WEEKLY |

ARTHUR, MICHAEL J  
1850 SPEARS DRIVE  
MANY, LA 71449

ID NUMBER: 0465221973  
BASE RATE: 22.00  
SSN: 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  

STATUS: SINGLE  
EXEMPT FED: 0  
ST1: 1  
ST2:  

TAX ADJUSTMENTS  
FED:  
DI/UC:  
LOCAL:  

ST:  

STATE AND LOCAL CODES  
PRI: LA    LOC1:    LOC3:  
SEC:       LOC2:    LOC4:  
                    LOC5:  

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| PER DIEM | 0.00 | 125.00 | 0.00 | 1,012.50 |
| DRILLER-ST TM | 40.00 | 880.00 | 40.00 | 880.00 |
| DRILLER-OVRTM | 20.00 | 660.00 | 20.00 | 660.00 |
| AST DRL-ST TM | 0.00 | 0.00 | 212.00 | 4,029.00 |
| TRAINING | 0.00 | 0.00 | 8.00 | 152.00 |
| HOLIDAY | 0.00 | 0.00 | 12.00 | 228.00 |
| AST DRL-OVRTM | 0.00 | 0.00 | 246.00 | 7,011.00 |
| TOTAL H/E | 60.00 | 1,665.00 | 538.00 | 13,971.50 |

### PRE-TAX ITEMS

| | | |
|---|---|---|
| MED OPT A | -50.00 | -300.00 |
| VISION | -5.18 | -31.08 |
| TOTAL PRE-TAX | -55.18 | -331.08 |
| TOTAL | 1,484.82 | 12,627.92 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 92.06 | 782.93 |
| MEDICARE TAX | 21.53 | 183.10 |
| FED INC TAX | 217.78 | 2,236.45 |
| PRI-STATE TAX | 48.17 | 467.52 |
| TOTAL TAXES | 379.54 | 3,670.00 |

### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| EE SUPP LIFE | 4.38 | 26.28 |
| ADD SUPP EE | 2.50 | 15.00 |
| MISC/PERDIEM/OBPAY | -125.00 | -1,012.50 |
| TOTAL PER DED | -118.12 | -971.22 |

### SPECIAL INFORMATION

YTD MATCH  
401K LOAN PAID TODATE  
YTD GRP TERMLIFE  

### CURRENT NET PAY DISTRIBUTION

C 012016759    1,223.40

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,540.00 | -55.18 | 1,484.82 | 379.54 | -173.30 | 1,223.40 |
| Y-T-D | 12,959.00 | -331.08 | 12,627.92 | 3,670.00 | -1,302.30 | 9,929.14 |

TOTAL CURRENT NET PAY    1,223.40

|  |  |  |  | CHECK NO. | A118467 |
|---|---|---|---|---|---|
|  |  |  |  | CHECK DATE: | 3/30/2006 |
|  |  |  |  | PERIOD ENDING: | 3/21/2006 |
|  |  |  |  | PAY FREQUENCY: | BI-WEEKLY |

ARTHUR, MICHAEL J
1850 SPEARS DRIVE
MANY, LA 71449

ID NUMBER: 0455221973
BASE RATE: 22.00
SSN: 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

STATUS FED: SINGLE
ST1:
ST2:

EXEMPT: 0 / 1

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:

ST:

STATE AND LOCAL CODES
PRI: LA   LOC1:   LOC3:
SEC:         LOC2:   LOC4:
                      LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| DRILLER-ST TM | 52.00 | 1,144.00 | 92.00 | 2,024.00 |
| PER DIEM | 0.00 | 200.00 | 0.00 | 1,212.50 |
| DRILLER-OVRTM | 50.00 | 1,650.00 | 70.00 | 2,310.00 |
| AST DRL-ST TM | 0.00 | 0.00 | 212.00 | 4,028.00 |
| TRAINING | 0.00 | 0.00 | 8.00 | 152.00 |
| HOLIDAY | 0.00 | 0.00 | 12.00 | 228.00 |
| AST DRL-OVRTM | 0.00 | 0.00 | 246.00 | 7,011.00 |
| TOTAL H/E | 102.00 | 2,994.00 | 640.00 | 16,965.50 |

#### PRE-TAX ITEMS

| | | | |
|---|---|---|---|
| MED OPT A | | 0.00 | -300.00 |
| VISION | | 0.00 | -31.08 |
| TOTAL PRE-TAX | | 0.00 | -331.08 |
| TOTAL | | 2,794.00 | 15,421.92 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 173.23 | 956.16 |
| MEDICARE TAX | 40.52 | 223.62 |
| FED INC TAX | 545.08 | 2,781.53 |
| PRI-STATE TAX | 111.01 | 578.53 |
| TOTAL TAXES | 869.84 | 4,539.84 |

#### AFTER-TAX DEDUCTIONS

| | | |
|---|---|---|
| MISC/PERDIEM/OBPAY | -200.00 | -1,212.50 |
| EE SUPP LIFE | 0.00 | 26.28 |
| ADD SUPP EE | 0.00 | 15.00 |
| TOTAL PER DED | -200.00 | -1,171.22 |

### SPECIAL INFORMATION

401K LOAN PAID TODATE
YTD GRP TERMLIFE
YTD MATCH

#### CURRENT NET PAY DISTRIBUTION

C  012018759    2,124.16

TOTAL CURRENT NET PAY    2,124.16

|  | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2,794.00 | 0.00 | 2,794.00 | 869.84 | -200.00 | 2,124.16 |
| Y-T-D | 15,753.00 | -331.08 | 15,421.92 | 4,539.84 | -1,502.30 | 12,053.30 |



**GREYWOLF**

GREY WOLF DRILLING COMPANY LP
10970 RICHMOND AVENUE, SUITE 600
HOUSTON, TX 77042-4138

CHECK NO: A120295
CHECK DATE: 04/13/06
PERIOD ENDING: 04/04/06
PAY FREQUENCY: BIWEEKLY

MICHAEL J ARTHUR
1850 SPEARS DRIVE
MANY, LA 71449

ID NUMBER: 0455221973
BASE RATE: 22.0000
SSN: 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

STATUS FED: SINGLE ST1: ST2:
EXEMPT FED: 00 DI/UC: 01

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:
ST:

STATE AND LOCAL CODES
PRI: LA   LOC1:   LOC3:
SEC:       LOC2:   LOC4:
                          LOC5:

IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| RGDRL | 22.0000 | 40.00 | 880.00 | |
| TRNG | 22.0000 | 24.00 | 528.00 | |
| OTDRL | 33.0000 | 45.00 | 1485.00 | |
| PDIEM | | | 175.00 | |
| RGDRL | | | 132.00 | 2904.00 |
| RGADR | | | 212.00 | 4028.00 |
| TRNG | | | 32.00 | 880.00 |
| HOL | | | 12.00 | 228.00 |
| OTDRL | | | 115.00 | 3795.00 |
| OTADR | | | 248.00 | 7011.00 |
| PDIEM | | | | 1387.50 |
| NOT FIT TXBLE | | 175.00- | | |
| TOTAL H/E | 100.00 | 2893.00 | 749.00 | 20033.50 |
| PRE-TAX ITEMS | | | | |
| MEDA | | 50.00- | | 350.00- |
| VISN | | 5.18- | | 36.28- |
| TOTAL PRE-TAX | | 55.18- | | 386.28- |
| TOTAL | 100.00 | 2837.82 | 749.00 | 19647.24 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 176.94 | 1132.10 |
| MEDICARE TAX | 41.15 | 264.77 |
| FED INC TAX | 556.65 | 3338.18 |
| PRI-STATE TAX | 113.11 | 691.64 |
| TOTAL TAXES | 886.85 | 5426.69 |
| AFTER-TAX DEDUCTIONS | | |
| LIFEE | 4.38 | 30.66 |
| ADDEE | 2.50 | 17.50 |
| MSC | 175.00- | 1387.50- |
| TOTAL PER DED | 168.12- | 1339.34- |

### SPECIAL INFORMATION

VAC TAKEN ........ .00
VAC BALANCE ...... .00
401K LOAN PAID TO DATE
YTD MATCH
YTD GRP TERM LIFE

CURRENT NET PAY DISTRIBUTION
C 012018769           2119.09
CHECK AMOUNT             .00

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2893.00 | 55.18- | 2837.82 | 886.85 | 168.12- | 2119.09 |
| Y-T-D | 19946.00 | 386.28- | 19259.74 | 5426.69 | 1339.34- | 14172.39 |

TOTAL CURRENT NET PAY   2119.09

Statement Of Earnings     Detach at perforation below and keep for your records.     A Payroll Service By Ceridian

---

**GREYWOLF**

GREY WOLF DRILLING COMPANY LP
10970 RICHMOND AVENUE, SUITE 600
HOUSTON, TX 77042-4138

DATE: 04-13-06     CHECK NO: A120295

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

MICHAEL J ARTHUR
1850 SPEARS DRIVE
MANY, LA 71449

**NOT NEGOTIABLE**

THE FACE OF THIS DOCUMENT HAS A MULTI-COLORED BACKGROUND ON WHITE PAPER AS WELL AS NUMEROUS OTHER SECURITY FEATURES